UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDA M. BORDES, ET AL.** | **CIVIL ACTION NO. 20-1990** |
| **VERSUS** | **JUDGE** |
| **MICHAELS STORES, INC., ET AL.** | **MAGISTRATE JUDGE** |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332 and 1441, Defendant Michaels Stores, Inc. ("Michaels"), without waiving any rights, defenses, exceptions, or objections, hereby removes the state court action entitled "*Freda M. Bordes, et al. v. Michaels Stores, Inc. et al.*," bearing Civil Action No. 806-576A in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, to the United States District Court for the Eastern District of Louisiana, on the following grounds:

1. Plaintiffs Freda M. Bordes and Norman P. Bordes ("Plaintiffs") served Michaels Stores, Inc. with a Citation and Petition filed in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana on June 12, 2020. True and accurate copies of Plaintiffs' petition, together with all other materials contained in the state court record, are attached hereto as Exhibit A, as required by 28 U.S.C. §§ 1446(a) and 1447(b).

2. This Notice of Removal is timely under U.S.C. § 1446(b)(1) because it is being filed with this Court within thirty (30) days after Michaels received a copy of Plaintiffs' initial pleading setting forth the claims for relief upon which Plaintiffs' action is based. *See* Fed. R. Civ. P. 6(a).

3. This Court is the proper district court for removal because the State Court Action is pending within this district.

1

4.  This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332, diversity of citizenship, because (1) the requisite diversity of citizenship exists between Plaintiffs and Michaels; and (2) the amount in controversy exceeds $75,000.00, exclusive of interest and costs. Accordingly, this action may be removed to federal court under U.S.C. § 1441(a).

5.  Plaintiffs Freda M. Bordes and Norman P. Bordes, Sr. are persons of the full age of majority, and residents, domiciliaries, and citizens of Louisiana.

6.  Defendant Michaels is not a citizen of Louisiana. Michaels is a non-governmental corporation whose state of incorporation is Delaware and principal place of business is in Texas.[1] Accordingly, Michaels is a citizen of Delaware and Texas for purposes of diversity jurisdiction.

7.  It is facially apparent that the amount in controversy, exclusive of interests and costs, exceeds $75,000.00. Plaintiff Freda Bordes alleges (1) mental anguish, including depression, anxiety, and post traumatic stress disorder; (2) disabling injuries to, among other areas, her head and back; (3) substantial medical expenses; and (4) causing her to become disabled and handicapped. Ex. A, p. 4.[2]

8.  Promptly after filing this Notice of Removal, written notice hereof will be given to Plaintiffs and will be filed with the Clerk of Court for the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, in conformity with 28 U.S.C. § 1446(d).

---

[1] Plaintiff has also named "XYZ Insurance Company" as a defendant in this matter. However, this fictious defendant's citizenship is irrelevant for purposes of removal. *See* 28 U.S.C. § 1441(b)(1) ("[i]n determining whether a civil action is removable on the basis of [diversity jurisdiction], the citizenship of defendants sued under fictitious names shall be disregarded."). Further, because XYZ Insurance Company is a fictious defendant that has not been served, it need not consent to this removal.

[2] Because supplemental jurisdiction is appropriate over loss of consortium claims, a spouse's loss of consortium "claim need not meet the amount in controversy requirement." *Daigle v. Borden Chem., Inc.*, No. CIV.A. 03-2100, 2003 WL 22671726, at *3 (E.D. La. Nov. 7, 2003) (citing *Booty v. Shoney's Inc*., 872 F. Supp. 1524 (E.D. La.1995)).

2

WHEREFORE, Defendant Michaels Stores, Inc. prays that this Notice of Removal be accepted as good and sufficient, and that the aforementioned action number 806-576A in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, be removed to the United States District Court for the Eastern District of Louisiana for further proceedings as provided by law.

New Orleans, Louisiana, this 13th day of July, 2020.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   */s/ Sarah Smith-Clevenger*
Gregory T. Stevens Bar Roll No.  29436
II City Plaza | 400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802
Telephone: 225-346-0285
Facsimile: 225-381-9197
Email: greg.stevens@phelps.com

Sarah Smith-Clevenger (Bar #38412)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: sarah.smith-clevenger@phelps.com

**ATTORNEYS FOR DEFENDANT MICHAELS STORES, INC.**

## **CERTIFICATE OF SERVICE**

I certify that I have on this 13th day of July, 2020, served a copy of the foregoing pleading upon counsel for Plaintiffs at the address below via e-mail and/or U.S. Mail postage prepaid and properly addressed.

>Frank A. Milanese
>650 Poydras Street, Suite 2600
>New Orleans, LA 70130
>milaneseplc@gmail.com

>*/s/ Sarah M. Smith-Clevenger*
>Sarah M. Smith-Clevenger

4

PD.29190118.2